# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARINO MAGANALLEZ,

        Plaintiff,

v.

HILLTOP LENDING CORPORATION,

        Defendant.
                                               /

No. C 06-07340 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>July 27, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>December 7, 2007</u>.

DESIGNATION OF EXPERTS: <u>10/19/07</u>; REBUTTAL: <u>11/5/07</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>December 7, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>January 11, 2008</u>;

    Opp. Due <u>January 25, 2008</u>; Reply Due <u>February 1, 2008</u>;

    and set for hearing no later than <u>February 15, 2008</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>March 18, 2008</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>March 31, 2008</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The depositions of Kaur and a corporate of Hilltop lending shall be scheduled during the weeks of either May 28, 2007 or June 4, 2007.

Plaintiff shall file it's amended complaint by June 15, 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                             SUSAN ILLSTON
                                                             United States District Judge